UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WASHINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>DECON ENVIRONMENTAL,<br><br>  Defendant. | Case No. 15-cv-05441-DMR<br><br>**ORDER REQUIRING PLAINTIFF TO SUBMIT COMPLETED IFP APPLICATION OR PAY FILING FEE**<br><br>Re: Dkt. No. 2 |

Plaintiff William Washington filed this action and an application to proceed in forma pauperis ("IFP") on November 25, 2015. [Docket Nos. 1 and 2.] However, Plaintiff's IFP application is incomplete. Plaintiff stated that he is presently employed, but did not provide any monetary information for his gross and net salary or wages per month. Plaintiff lists "15 hr." as his gross salary, but does not include an hourly wage and does not specify how frequently he works 15 hours (i.e. whether he works 15 hours per week or per month). Plaintiff also did not provide the name and address of his employer. The only information he provided for his employer is "Select Staffing." Docket No. 2 at 1.

Therefore, Plaintiff is hereby ordered to file a completed IFP application or pay the filing fee by no later than December 15, 2015. Failure to comply with this order and submit a completed IFP application by December 15, 2015 may result in denial of the IFP application.

**IT IS SO ORDERED.**

Dated: December 1, 2015

                     _____
                     Donna M. Ryu
                     United States Magistrate Judge