United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>DECON ENVIRONMENTAL,<br><br>    Defendant. | Case No.  4:15-cv-05441-DMR<br><br>**ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE** |

The Initial Case Management Conference scheduled for March 2, 2016 at 1:30 p.m. has been VACATED.  The Court will reschedule the Initial Case Management Conference if Plaintiff files a viable Amended Complaint.

**IT IS SO ORDERED.**

Dated: February 25, 2016

DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>DECON ENVIRONMENTAL,<br><br>    Defendant. | Case No.  4:15-cv-05441-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 25, 2016, I SERVED a true and correct copy(ies) of the Order Vacating Initial Case Management Conference, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

William Washington
216 Fairmont Ave
Vallejo, CA 94590

Dated: February 25, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

2