United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>DECON ENVIRONMENTAL,<br><br>    Defendant. | Case No. 15-cv-05441-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 12 |

On February 11, 2016, the court issued an Order dismissing Plaintiff's complaint with leave to amend by no later than March 1, 2016. [Docket No. 12.]

Plaintiff has not filed an amended complaint. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 6, 2016

_____

Donna M. Ryu
United States Magistrate Judge